UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARRY HARRIS,

    Plaintiff

v.

WILLIAM GITTERE, et al.,

    Defendants

Case No.: 3:22-cv-00042-ART-CSD

**Order**

Re: ECF Nos. 64, 67, 68

Plaintiff filed several documents under seal related to his motions seeking a temporary restraining order and preliminary injunction. (ECF Nos. 64, 67, 68.)

None of the filings was accompanied by a motion for leave to file under seal, as required by Local Rule 10-5, and a basis for sealing the documents is not evident from the court's review of the filings. Therefore, the **Clerk** shall **UNSEAL** ECF Nos. 64, 67 and 68.

**IT IS SO ORDERED**.

Dated: December 16, 2024

_____
Craig S. Denney
United States Magistrate Judge